Opinion filed December 6, 2007











 
 
  
 
 







 
 
  
 
 




Opinion filed December 6,
2007

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                   __________

 

                                                          No. 11-07-00343-CV

                                                    __________

 

     SONGBIRD
LODGE AND PATRICIA FLEETWOOD,
L.V.N., Appellants

                                                             V.

                       BARBARA
L. THOMAS AND DAVID PARSONS, 

INDIVIDUALLY
AND AS NEXT FRIENDS 

              OF THE
ESTATE OF BARBARA SALAS, DECEASED, Appellees

 



 

                                          On
Appeal from the 35th District Court

                                                          Brown
County, Texas

                                              Trial
Court Cause No. CV 0603111

 



 

                                             M
E M O R A N D U M   O P I N I O N

Appellants
have filed in this court a motion to withdraw their appeal from an
interlocutory order.  In their motion, appellants state that the trial court
has conducted a hearing on their motion to reconsider the ruling that they are
challenging in this appeal and that the ruling has been withdrawn pending the
trial court=s
deliberations on their motion to reconsider.  Therefore, appellants ask that
their appeal be dismissed.

The
motion is granted, and the appeal is dismissed.

 

December 6, 2007                                                                   PER
CURIAM

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.